

# U.S. Department of Justice

United States Attorney
District of New Jersey
*Civil Division*

---

RACHAEL A. HONIG
ACTING UNITED STATES ATTORNEY

*Elizabeth A. Pascal*
*Assistant United States Attorney*

*401 Market Street, 4th Floor*
*P.O. Box 2098*
*Camden, NJ 08101*
Elizabeth.Pascal@usdoj.gov

Main: (856) 757-5412
Direct: (856) 757-5105
Fax: (856) 757-5416

February 9, 2021

**Via Electronic Filing**
Honorable Joseph H. Rodriguez, U.S.D.J.
United States District Court
Mitchell H. Cohen Building & U.S. Courthouse
4th and Cooper Streets
Camden, NJ  08101

        Re:   *AtlantiCare Regional Med. Center, Inc. v. Norris Cochran, et al.*
              Civil Action No. 20-12754 (JHR) (JS)

Dear Judge Rodriguez:

      We write to bring to the Court's attention that the Honorable Mitchell S. Goldberg, U.S.D.J. issued an Opinion and Order on February 8, 2021, in the Administrative Procedure Act case of *Temple University Hospital, Inc. v. Alex M. Azar II, et al.*, Civil Action No. 2:20-cv-04533 (MSG).  The *Temple* decision addresses issues presented in Defendant Norris Cochran's[1] pending Motion for Summary Judgment in the *AtlantiCare* case. *See* Dkt. Entry 8.  A copy of the *Temple* decision is being submitted as an attachment to this letter.

      I thank the Court for its continued attention to this matter.

                                      Respectfully submitted,

                                      RACHAEL A. HONIG
                                      Acting United States Attorney

                                      *s/Elizabeth A. Pascal*
                                      By: ELIZABETH A. PASCAL
                                      Assistant U.S. Attorney

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, the current Acting Secretary of Health and Human Services, Norris Cochran, is automatically substituted as the Defendant in this action.

Hon. Joseph H. Rodriguez, U.S.D.J.
February 9, 2021
Page 2

OF COUNSEL:

STEPHEN M. RICHMOND
Attorney
U.S. Dep't of Health & Human Services
Office of the General Counsel
Centers for Medicare & Medicaid Division

DANIEL J. BARRY
Acting General Counsel
JANICE L. HOFFMAN
Associate General Counsel

SUSAN MAXSON LYONS
Deputy Associate General
Counsel for Litigation

Enclosure

cc: Joseph D. Glazer, Esquire (via electronic filing)